6193463 (SBB)
3128186 (DSA)    SBB:kl    02/28/08    WHITE    15689F-9-73

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HALL FOSTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.: 08 C 1164 |
| | ) | |
| **KIRK L. HILL,** | ) | Hon. Judge Charles R. Norgle |
| | ) | |
| **Defendant.** | ) | Magistrate Judge Jeffrey Cole |

### NOTICE OF FILING

To:  Mr. Louis G. Atsaves                               Mr. Eric J. Parker
     Louis G. Atsaves, Ltd.                             Stotis & Baird Chartered
     200 W. Jackson, Suite 1050                         200 W. Jackson, Blvd., Suite 1050
     Chicago, IL 60606                                  Chicago, IL 60606

     Ms. Adeline J. Geo-Karis                           Mr. Samuel S. Miller
     Adeline J. Geo-Karis & Associates                  Assistant United States Attorney
     2613 Sheridan Road                                 219 S. Dearborn St.
     Zion, IL 60099-2614                                Chicago, IL 60604

YOU ARE HEREBY NOTIFIED that on February 28, 2008, there was filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, Appearance, a copy of which is attached hereto.

                                         s/ Stellato & Schwartz. Ltd.
                                         STELLATO & SCHWARTZ, LTD.

6193463 (SBB)
3128186 (DSA)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant
120 North La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011

      I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on February 28, 2008.

                                                                      s/ Steven B. Borkan
                                                                     Steven B. Borkan