6193463 (SBB)
3128186 (DSA)       DSA:kl          02/28/08            WHITE          15689F-9-73

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **JAMES HALL FOSTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.: 08 C 1164 |
| ) | |
| **KIRK L. HILL,** ) | Hon. Judge Charles R. Norgle |
| ) | |
| **Defendant.** ) | Magistrate Judge Jeffrey Cole |

### NOTICE OF FILING

To:  Mr. Louis G. Atsaves                         _____ Mr. Eric J. Parker
     Louis G. Atsaves, Ltd.                              Stotis & Baird Chartered
     200 W. Jackson, Suite 1050                          200 W. Jackson, Blvd., Suite 1050
     Chicago, IL 60606                                   Chicago, IL 60606

_____ Ms. Adeline J. Geo-Karis                   _____ Mr. Samuel S. Miller
       Adeline J. Geo-Karis & Associates                 Assistant United States Attorney
       2613 Sheridan Road                                219 S. Dearborn St.
       Zion, IL 60099-2614                               Chicago, IL 60604

YOU ARE HEREBY NOTIFIED that on February 28, 2008, there was filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, Appearance, a copy of which is attached hereto.

                                s/ Stellato & Schwartz. Ltd.
                                STELLATO & SCHWARTZ, LTD.

6193463 (SBB)
3128186 (DSA)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant
120 North La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011

      I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on February 28, 2008.


          _s/ David S. Allen_____
          David S. Allen