6193463 (SBB)
3128186 (DSA)   DSA:kl   03/10/08   WHITE   15689F-9-73

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HALL FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 08 C 1164 |
| | ) | Judge Charles Norgle |
| KIRK L. HILL, | ) | Magistrate Judge Cole |
| | ) | (formerly No. 04 L 180 in the Circuit |
| Defendant/Petitioner, | ) | Court of Lake County, Illinois) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### NOTICE OF MOTION

To:   Mr. Louis G. Atsaves                Mr. Eric J. Parker
      Louis G. Atsaves, Ltd.              Stotis & Baird Chartered
      200 W. Jackson, Suite 1050          200 W. Jackson, Blvd., Suite 1050
      Chicago, IL 60606                   Chicago, IL 60606

      Ms. Adeline J. Geo-Karis            Mr. Samuel S. Miller
      Adeline J. Geo-Karis & Associates   Assistant United States Attorney
      2613 Sheridan Road                  219 S. Dearborn St.
      Zion, IL 60099-2614                 Chicago, IL 60604

On March 14, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles R. Norgle or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2341 of the United States District Court, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present the attached Defendant/Petitioner Kirk L. Hill's Motion to Remand and for Attorneys' Fees under 28 U.S.C. § 1447(c).

Name:             STELLATO & SCHWARTZ, LTD.
Attorney for:   Defendant/Petitioner - Kirk L. Hill
Address:         120 N. LaSalle St., 34th Floor
City:               Chicago, IL 60602
Telephone:     (312) 419-1011
Atty No:         6193463 (SBB)
                      3128186 (DSA)

## PROOF OF SERVICE BY CM/ECF

      I I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on March 10, 2008.


                                                                                                    __s/ David S. Allen_____
                                                                                                    David S. Allen