# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

James Hall Foster

      Plaintiff,

v.           Case No.: 1:08–cv–01164

           Honorable Charles R. Norgle Sr.

Kirk L Hill

       Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

   MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: The docket does not reflect that the Executive Committee has reassigned the instant action to the calender of Judge Der–Yeghiayan. Therefore, Defendant's notice of hearing set for 03/19/08 is stricken without prejudice. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.