# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES HALL FOSTER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO: 08-cv-1164 |
| KIRK L. HILL, | ) | |
| Defendant | ) | |

## NOTICE OF FILING

TO:　Steve Borkan
**Stellato & Schwartz, Ltd.**
120 North LaSalle Street, 34th Floor
Chicago, Illinois 60602

US Attorney
Samuel S. Miller
Assistant US attorney
219 South Dearborn
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on the 19th day of March, 2008, I filed with the United States District Court, Northern District of Illinois, **Attorney Appearance**.

200 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60606-6620
312/461-1000
Attorneys for Plaintiff

STOTIS & BAIRD CHARTERED

BY: _____
Eric J. Parker