# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES HALL FOSTER,<br><br>  Plaintiff,<br><br>vs.<br><br>KIRK L. HILL,<br><br>  Defendant | )<br>)<br>)<br>)<br>)   CASE NO:   08-cv-1164<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

In accordance with Fed.R.Civ.P. 5 (a) the undersigned certifies that a copy of this Certificate of Service together with a copy of the foregoing **Attorney Appearance** was mailed to each party listed above on the 19th day of March, 2008.

Steve Borkan
**Stellato & Schwartz, Ltd.**
120 North LaSalle Street, 34th Floor
Chicago, Illinois  60602


US Attorney
Samuel S. Miller
Assistant US attorney
219 South Dearborn
Chicago, Illinois  60604

_____
Eric J. Parker

STOTIS & BAIRD CHARTERED
200 West Jackson Boulevard
Suite #1050
Chicago, Illinois 60606
312/461-1000