*J. Der-Yeghiayan* MHN

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JAMES HALL FOSTER     )
                             )
                             )
        Vs.             )     Case No.: 08 CV 1164
                             )
                             )
KIRK L. HILL et al.        )

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT

It appearing that the above-captioned case has been assigned to the calendar of Judge Norgle in error; it is recommended that the assignment be vacated and the case be reassigned to the calendar Judge Der-Yeghiayan in this case.

**MICHAEL W. DOBBINS, CLERK**

Dated:  March 17, 2008                    Cynthia Mercado, Deputy Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF THE EXECUTIVE COMMITTEE

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned case to the calendar of Judge Der-Yeghiayan in this case in accordance with the rules of this Court.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Dated:  MAR 1 7 2008

Chief Judge

This case is a refiling of two previously dismissed cases (08cv6175 &n 07cv6939) that was assigned to Judge Der-Yeghiayan.  This case is being  reassigned to the calendar of Judge Der-Yeghiayan pursuant to LR 40.3(b) (2).