6193463 (SBB)
3128186 (DSA)　　　DSA:kl　　　03/20/08　　　WHITE　　　15689F-9-73

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HALL FOSTER,** | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | No.: 08 C 1164 |
| | ) | Judge Samuel Der-Yeghiayan |
| **KIRK L. HILL,** | ) | Magistrate Judge Cole |
| | ) | (formerly No. 04 L 180 in the Circuit |
| **Defendant/Petitioner,** | ) | Court of Lake County, Illinois) |
| vs. | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Respondent.** | ) | |

## RE-NOTICE OF MOTION

To:　Mr. Louis G. Atsaves　　　　　　　　　Mr. Eric J. Parker
　　　Louis G. Atsaves, Ltd.　　　　　　　　Stotis & Baird Chartered
　　　200 W. Jackson, Suite 1050　　　　　200 W. Jackson, Blvd., Suite 1050
　　　Chicago, IL 60606　　　　　　　　　　Chicago, IL 60606

　　　Ms. Adeline J. Geo-Karis　　　　　　　Mr. Samuel S. Miller
　　　Adeline J. Geo-Karis & Associates　　Assistant United States Attorney
　　　2613 Sheridan Road　　　　　　　　　219 S. Dearborn St.
　　　Zion, IL 60099-2614　　　　　　　　　Chicago, IL 60604

　　　On April 1, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Samuel DerYeghiayan or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1903 of the United States District Court, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present the attached Defendant/Petitioner Kirk L. Hill's Motion to Remand and for Attorneys' Fees under 28 U.S.C. § 1447(c).

| | |
|---|---|
| Name: | STELLATO & SCHWARTZ, LTD. |
| Attorney for: | Defendant/Petitioner - Kirk L. Hill |
| Address: | 120 N. LaSalle St., 34th Floor |
| City: | Chicago, IL 60602 |
| Telephone: | (312) 419-1011 |
| Atty No: | 6193463 (SBB) |
| | 3128186 (DSA) |

## PROOF OF SERVICE BY CM/ECF

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on March 20, 2008.


                                                                                                                  s/ David S. Allen
                                                                                                                   David S. Allen