UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

James Hall Foster
                         Plaintiff,

v.                                        Case No.: 1:08–cv–01164
                                            Honorable Samuel Der–Yeghiayan

Kirk L Hill
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: Defendant Kirk L Hill's motions to remand and for attorneys' fees under 28 U.S.C. Section 1447(c) [6] and [8] are denied as moot. Defendant Kirk L Hill's motion to remand and for attorneys' fees under 28 U.S.C. Section 1447(c)[15] is entered and continued. The Government is given until 04/04/08 to file its response and Defendant Kirk L Hill is given until 04/11/08 to file his reply. The Court will issue its ruling by mail. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.