6193463 (SBB)
3128186 (DSA)          DSA:kl          04/10/08          WHITE          15689F-9-73

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HALL FOSTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.: 08 C 1164 |
| | ) | |
| **KIRK L. HILL,** | ) | Hon. Judge Samuel DerYeghiayan |
| | ) | |
| **Defendant.** | ) | Magistrate Judge Jeffrey Cole |

## NOTICE OF FILING

To:   Mr. Eric J. Parker
      Stotis & Baird Chartered
      200 W. Jackson, Blvd., Suite 1050
      Chicago, IL 60606

      Mr. Samuel S. Miller
      Assistant United States Attorney
      219 S. Dearborn St.
      Chicago, IL 60604

YOU ARE HEREBY NOTIFIED that on April 11, 2008, there was filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, Defendant/Petitioner Kirk L. Hill's Reply in Support of His Motion to Remand and for Attorneys' Fees under 28 U.S.C § 1447(c), a copy of which is attached hereto.

                                             s/ Stellato & Schwartz, Ltd.
                                             STELLATO & SCHWARTZ, LTD.

6193463 (SBB)
3128186 (DSA)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant
120 North La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011

      I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on April 11, 2008.

                                                                          s/ David S. Allen  
                                                                        David S. Allen