# EXHIBIT A

Case 1:08-cv-01164   Document 23-2   Filed 06/19/2008   Page 2 of 11

1

```
 1                IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   JAMES HALL FOSTER,              ) Docket No. 08 C 1164
                                     )
 4        Plaintiff,                 )
                                     ) Chicago, Illinois
 5             vs.                   ) May 29, 2008
                                     ) 9:00 o'clock a.m.
 6   KIRK L. HILL,                   )
                                     )
 7        Defendant/Petitioner,      )
                                     )
 8             vs.                   )
                                     )
 9   UNITED STATES OF AMERICA,       )
                                     )
10        Respondent.                )

11
             TRANSCRIPT OF PROCEEDINGS - Status
12         BEFORE THE HONORABLE SAMUEL DER-YEGHIAYAN

13   APPEARANCES:
     For the Plaintiff:      STOTIS & BAIRD
14                           BY:  MR. ERIC J. PARKER
                             200 West Jackson Boulevard
15                           Suite 1050
                             Chicago, Illinois  60606
16
     For the Defendant:      STELLATO & SCHWARTZ, LTD.
17                           BY:  MR. DAVID S. ALLEN
                             120 North LaSalle Street
18                           34th Floor
                             Chicago, Illinois  60602
19
     For the Respondent:     HON. PATRICK J. FITZGERALD
20                           UNITED STATES ATTORNEY'S OFFICE
                             BY:  MR. SAMUEL S. MILLER
21                           219 South Dearborn Street
                             Suite 500
22                           Chicago, Illinois  60604

23
              LAURA LACIEN, CSR, RMR, FCRR
24                Official Court Reporter
         219 South Dearborn Street, Suite 1902
25              Chicago, Illinois  60604
                    (312) 408-5032
```

```
 1        (The following proceedings were had in open court:)
 2            COURTROOM DEPUTY:  08 C 1164, Foster v. Hill.
 3            MR. PARKER:  Good morning, Judge.  Eric Parker on
 4   behalf of James Foster, the plaintiff.
 5            THE COURT:  Good morning.
 6            MR. MILLER:  Good morning, your Honor.  Sam Miller
 7   for the United States.
 8            THE COURT:  Good morning.
 9            MR. ALLEN:  Good morning, your Honor.  David Allen,
10   A-l-l-e-n, on behalf of the Defendant Kirk Hill.
11            THE COURT:  Good morning.
12            As you know, I have a motion which is fully briefed
13   pending before me and I wanted the parties to come in so I
14   could chat with you a few minutes about where we're going
15   with this case.  This is the third time that the matter has
16   been removed and I wanted to just find out first, is there an
17   end to this?  Is there any discussion how it can be resolved
18   rather than the cycle continue?
19            MR. ALLEN:  Well, your Honor, as you know, the case
20   was up in the Seventh Circuit; and when it was there, we were
21   before the settlement attorneys, the staff attorney with the
22   Seventh Circuit who had us in on a number of occasions, not
23   just Mr. Miller and myself who this present dispute is
24   between but Mr. Parker as well was involved in the
25   conversations about the possibility of resolving.
```

I mean, what you have before you is a very discreet issue about my client's immunity from suit but we also talked in the Seventh Circuit about the possibility of resolving the underlying litigation between Mr. Parker's client and myself and at the time we were just not able to reach an agreement even though we did give it our best effort at the time.

THE COURT: Okay. Now you're before me. Is there anything going on that can be addressed that can resolve this matter?

MR. PARKER: Judge, from our perspective, you know, essentially -- if I can just sort of cut to the chase. I mean, there's a homeowner's policy that has about $300,000. My client has massive damages, brain injury, it's huge, so we've always said we're looking for at or near the $300,000. And offers -- I don't recall if there's been an offer. If there had, it was twenty-thousand-ish. Don't quote me on that. I don't remember the exact amount so it's kind of -- I'm frustrated that we're stuck, you know.

THE COURT: You're on the sideline right now.

MR. PARKER: I am and I can't seem to get it out of this loop. To me, they've had their ruling and we should be proceeding in state court towards a trial but I understand both positions that are being raised, so.

THE COURT: Okay. Without any comment I make to be interpreted how I will rule on the motion, I wanted to point

1  out a couple things and have the parties think about this.
2          I'm looking at this case, it's a unique type of
3  case, statute.  The statute on one hand gives the government
4  the right to remove the action when a petition is filed and
5  the statute tells me if I agree with the government's
6  conclusion that there is no scope of employment, then I have
7  to remand it.  Now the parties are asking me to remand it but
8  say that I'm remanding it not for lack of subject-matter
9  jurisdiction.
10         I don't know if I can do that; and, like I said,
11 don't interpret how I will rule, but I'm looking at the
12 Supreme Court case of *Powerex* and there is a -- I had my
13 courtroom deputy prepare copies of the relevant page to the
14 parties and then I have also other cases.  Right on that
15 first page, it says -- the first large paragraph, the last
16 sentence -- we hold that when a district court remands a
17 properly removed case -- and this was properly removed by the
18 government, there's no question about it -- because it
19 nonetheless lacks subject jurisdiction, the remand is covered
20 by 1447(c) and thus shielded from review by 1447(d).
21         So it seems like obviously I had jurisdiction to
22 review the matter because the government was entitled to
23 remove it pursuant to the Westfall Act.  But once I made that
24 determination, at that point I lost jurisdiction to continue
25 with the case any further and the remand, it seems like based

1  on this reading, would be for lack of subject-matter
2  jurisdiction because I would have kept this case if I had
3  subject-matter jurisdiction.
4  　　　　　Then in *Kircher* -- which I'm going to ask courtroom
5  deputy to give all the copies. In *Kircher*, it also talks
6  about that it's the adjudicatory power of the court to
7  determine its own jurisdiction to deal further with the case
8  and obviously I exercised the adjudicatory power, adjudicated
9  the issue and then -- you know, to decide whether I had
10 further jurisdiction on the case.
11 　　　　　On the other hand also, in both *Foster* -- and I saw
12 the government's argument that Seventh Circuit might say it
13 in dicta. The language that the Seventh Circuit used in
14 *Foster*, if you look at it, it said now this is odd situation,
15 it said it will go back to Illinois courts. And if the state
16 court disagrees with the district court's findings, at that
17 time the U.S. will be substituted as a party and then the
18 United States can invoke removal to the federal courts once
19 again.
20 　　　　　Now I know the statute says -- it said if a petition
21 is filed. It doesn't say when the court adjudicates the
22 petition the U.S. can remove. I could see the United States
23 interest in not subjecting themselves to lots of state court
24 jurisdictions. But then I -- looking at *Daniels* and in
25 *Daniels* where the court cited in *Foster*, Seventh Circuit went

1   a little further -- and I didn't see this in government's
2   brief -- talked about as we had reminded Jaskolski, state
3   courts are competent to resolve questions of federal law and
4   then they could pursue an appeal in state court any argument
5   that they would have made in this court.  If the state Court
6   of Appeals or the state Supreme Court concludes that the AG
7   abused his discretion, meaning the scope of employment
8   issue --
9           MR. ALLEN:  Right.
10          THE COURT:  -- then the U.S. would be substituted as
11  a defendant and the case would return to federal court.  If
12  the state courts up to the Supreme Court of the state
13  disagreed, then certiorari would be the option of *Hill* at
14  that time.
15          So I'm looking at all these languages and I think
16  either the parties could address this in a memorandum because
17  to me -- let's say if it goes back to Lake County court and
18  the Lake County judge decides -- they're not barred, we saw
19  what the Seventh Circuit said the issue preclusion is, you
20  know, so they could review that issue and they say, yeah,
21  Attorney General was right, district court was right.  I
22  don't want Lake County judge to review me --
23          MR. ALLEN:  Right.
24          THE COURT:  -- but obviously there was no meaningful
25  review of my decision in Seventh Circuit and Supreme Court of

1  United States and Seventh Circuit both have said that there's
2  no preclusion to review that issue.
3          If they said no scope of employment, that would be
4  the end for the United States.  There will not be any further
5  removal.  That would be the end of it.  If they say, yeah,
6  there was scope of employment, then the question in my mind
7  is would the United States then go to the appeal's court of
8  Illinois on that issue alone or would the whole trial take
9  place before -- is there, like, interlocutory review of that
10 sole issue?
11         MR. ALLEN:  I think at that point, your Honor, then
12 the United States -- under the statute, the United States
13 would be substituted and then it would have the right to
14 remove it and then --
15         THE COURT:  At what point?  I'm talking about
16 circuit --
17         MR. ALLEN:  Once it's substituted by the state
18 court.
19         THE COURT:  Well, I'm talking about Circuit Court of
20 Lake County.
21         MR. ALLEN:  Right.
22         THE COURT:  The circuit court judge --
23         MR. ALLEN:  Right.
24         THE COURT:  -- says, for example, United States,
25 you're wrong, this man is within the scope of employment.

```
 1            MR. ALLEN:  Right.
 2            THE COURT:  They're substituted now.  Do they then
 3   remove it to federal court again or do they appeal to the
 4   Illinois Appellate Court and from Illinois Appellate Court to
 5   the Illinois Supreme Court and only at the last
 6   decision-making process when that substitution is final, then
 7   they could remove it to the federal court?
 8            MR. MILLER:  Your Honor, I think we should address
 9   those questions in a supplemental brief because --
10            THE COURT:  This is what I'm saying.
11            MR. MILLER:  -- there's quite a few things in there
12   and unfortunately I also have a Kennelly court appearance at
13   9:30 and I apologize for that.
14            THE COURT:  Okay.  I want you to think about it
15   because then I also would like you to address if it came back
16   to me, am I then bound by the Circuit Court of Cook County --
17   or Lake County's decision or do I --
18            MR. ALLEN:  And the government raise it again.
19            THE COURT:  -- do I review it and why should I
20   change my opinion because a state court said something else?
21            MR. ALLEN:  Right.
22            THE COURT:  So you see where I'm --
23            MR. ALLEN:  It's an interest -- it's a difficult,
24   difficult, case.  We agree.
25            MR. MILLER:  We understand those issues and I think
```

```
 1  we --
 2             THE COURT:  So think about this and I think, you
 3  know, due to the problems associated, this could go back and
 4  forth about thousand times and in the meantime Mr. Foster
 5  will be 1044 years old, so.  Okay?
 6             MR. ALLEN:  We agree.  What time frame would the
 7  Court like us to submit anything?
 8             THE COURT:  You tell me.
 9             MR. MILLER:  I'd request three weeks to do that.
10             THE COURT:  Okay.
11             MR. ALLEN:  That works.
12             THE COURT:  Are you going to do simultaneous memos?
13             MR. ALLEN:  Sure.
14             MR. MILLER:  Sure.  And we'll try and address the
15  questions the Court has raised today --
16             THE COURT:  Okay.  And based on these cases, too.
17             MR. MILLER:  -- and the cases.
18             THE COURT:  I don't want to just keep making
19  decisions.  I mean, I have my decision ready, okay.  I worked
20  on it but I just don't want to keep making decisions when
21  it's going to have no resolution in sight.
22             MR. ALLEN:  Agreed.
23             THE COURT:  And I cannot say I lack subject-matter
24  jurisdiction when the Supreme Court said something else and
25  then the Seventh Circuit would say, Judge, you were totally
```

```
 1  wrong, you know, so I'm not going to be the one violating any
 2  precedent decisions that are binding on me.  Okay?
 3          MR. ALLEN:  Agreed.
 4          THE COURT:  Thank you.
 5          MR. PARKER:  Thank you.
 6          MR. MILLER:  Thank you, Judge.
 7          MR. ALLEN:  Thank you, Judge.
 8      (Which concluded the proceedings in the above-entitled
 9  matter.)
10                    C E R T I F I C A T E
11          I hereby certify that the foregoing is a transcript
12  of proceedings before the Honorable Samuel Der-Yeghiayan on
13  May 29, 2008.
14  DATED:  June 5, 2008.
15                      by:   s/ Laura LaCien
16                            Laura LaCien
17
18
19
20
21
22
23
24
25
```