6193463 (SBB)
3128186 (DSA)          DSA:kl          06/19/08          WHITE          15689F-9-73

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HALL FOSTER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 08 C 1164 |
| | ) | Judge Samuel Der-Yeghiayan |
| **KIRK L. HILL,** | ) | Magistrate Judge Cole |
| | ) | (formerly No. 04 L 180 in the Circuit |
| Defendant/Petitioner, | ) | Court of Lake County, Illinois) |
| | ) | |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

### NOTICE OF FILING

To:   Mr. Eric J. Parker                                      Mr. Samuel S. Miller
      Stotis & Baird Chartered                                Assistant United States Attorney
      200 W. Jackson, Blvd., Suite 1050                       219 S. Dearborn St.
      Chicago, IL 60606                                       Chicago, IL 60604

YOU ARE HEREBY NOTIFIED that on June 19, 2008, there was filed with the Clerk of the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois, Defendant/Petitioner Kirk L. Hill's Supplemental Brief in Support of His Motion to Remand Under 28 U.S.C. § 1447(c), a copy of which is attached hereto.

                              /s/ Stellato & Schwartz, Ltd.
                              STELLATO & SCHWARTZ, LTD.

6193463 (SBB)
3128186 (DSA)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant/Petitioner
120 North La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011

      I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on June 19, 2008.

                 **/s/ David S. Allen**
                 David S. Allen