# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1164 | **DATE** | 8/29/2008 |
| **CASE TITLE** | James Hall Foster vs. Kirk L Hill | | |

**DOCKET ENTRY TEXT**

The Government, in its supplemental memorandum has requested that we bar Hill from filing any further petitions in state court seeking certification of scope of his employment. (G Supp. 8). Since the parties simultaneously submitted the supplemental memorandum requested by the court and Hill has had no opportunity to respond to the Government's request for injunctive relief, Hill is given until September 8, 2008, to file an answer, and the Government is given until September 17, 2008 to file its reply.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|